# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| In Re: | Case No. 19-03127-5-DMW |
| Carl Julius Kurth<br>Kirsten Kurth | Chapter 13 |
| Debtors. | Judge David M. Warren |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Home Point Financial Corporation
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: July 18, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

## **CERTIFICATE OF SERVICE**

I certify that on July 18, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Teresa Weik, Debtors' Counsel
    weiklawecf@live.com

    John F. Logan, Chapter 13 Trustee
    skeighley@ralch13.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on July 18, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Carl Julius Kurth, Debtor
    30 Settlers Ct.
    Youngsville, NC 27596

    Kirsten Kurth, Debtor
    30 Settlers Ct.
    Youngsville, NC 27596

                                              /s/ D. Anthony Sottile
                                              D. Anthony Sottile
                                              Authorized Agent for Creditor
                                              Sottile & Barile, LLC
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com